The People of the State of New York ex rel. Springsley Realty Corp., Appellant, against William W. Mills et al., Constituting the Tax Commission

of the City of New York, Respondents. [150 Broadway, Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by reducing the assessment of the building for the years 1944–45 and 1945–46 to $1,200,000 and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.